```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```

_____

| | |
|---|---|
| **ROGER USSERY,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 23-2171-SHL-tmp |
| | ) |
| **SHELBY COUNTY and** | ) |
| **COLUMBIA COUNTY, GA,** | ) |
| | ) |
|     Defendants. | ) |

_____

### REPORT AND RECOMMENDATION
_____

On March 28, 2023, plaintiff Roger Ussery, a resident of Hickory, North Carolina, filed a *pro se* civil complaint. (ECF No. 1.) However, Ussery neglected to pay the $402.00 civil filing fee or submit a properly completed application to proceed *in forma pauperis*. On April 19, 2023, the undersigned entered an order directing Ussery to file a properly completed *in forma pauperis* affidavit or pay the $402.00 civil filing fee within 30 days. (ECF No. 9.) The order notified Ussery that failure to comply in a timely manner would result in dismissal of the action without further notice pursuant to the Local Rules and Federal Rules of Civil Procedure. (Id.) As of July 24, 2023, Ussery has not complied with the court's order. Accordingly, it is recommended that the complaint be dismissed without prejudice.

    Respectfully submitted,

```
                              s/ Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              July 24, 2023
                              Date
```

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**